The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and 3M COMPANY, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIDUALS AND ENTITIES DOING BUSINESS AS THE AMAZON SELLING ACCOUNT IDENTIFIED IN SCHEDULE 2; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-01019-RSL<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **RULE 42 MOTION TO CONSOLIDATE CASES** |

THIS MATTER came before the Court on the *Ex Parte* Rule 42 Motion to Consolidate Cases (the "Motion") by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and 3M Company (collectively, "Plaintiffs") now pending before this Court. The Court has considered Plaintiffs' Motion and governing law.

NOW, THEREFORE, the Court orders that *Amazon.com, Inc., Amazon.com Services LLC, and 3M Company v. Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedule 1, and Does 1-10*, Case No. 2:22-cv-01020; and *Amazon.com, Inc., Amazon.com Services LLC, and 3M Company v. Individuals and Entities Doing Business as Certain Amazon Selling Accounts Identified in Schedule 3, and Does 1-10*, Case No. 2:22-cv-01021, be consolidated under 2:22-cv-01019-RSL for all purposes, including trial.

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES
Case No. 2:22-cv-01019-RSL - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

All further pleadings shall be filed in 2:22-cv-01019-RSL and bear this case number.

SO ORDERED this 29th day of August, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By *s/ Lauren B. Rainwater*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7070
Email: laurenrainwater@dwt.com

---

ORDER GRANTING PLAINTIFFS' EX PARTE
RULE 42 MOTION TO CONSOLIDATE CASES
Case No. 2:22-cv-01019-RSL - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax